FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 DEC -6 P 1: 31

WILLIAM W. BLEVINS
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA



## BILL OF INFORMATION FOR VIOLATION
## OF THE FEDERAL CONTROLLED SUBSTANCES ACT,
## CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS,
## AND INTERSTATE TRAVEL IN AID OF RACKETEERING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 16-209 |
| **v.** | * | **SECTION:** SECT. H MAG. 3 |
| **JOSE SOLIS** | * | **VIOLATIONS: 21 U.S.C. § 841(a)(1)** |
| **DIANA SOLIS** | | **21 U.S.C. § 841(b)(1)(A)** |
| | * | **21 U.S.C. § 846** |
| | | **18 U.S.C. § 1952(a)(3)** |
| | * | **18 U.S.C. § 1952(a)(3)(A)** |
| | | **18 U.S.C. § 1956** |
| | * | **18 U.S.C. § 1956(a)(1)(A)(i)** |

*     *     *

The United States Attorney charges that:

### COUNT 1

Beginning on a date unknown, but not later than December 2013, and continuing until on or about September 2015, in the Eastern District of Louisiana and elsewhere, the defendant, **JOSE SOLIS**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, to distribute and to possess with the intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I drug controlled substance, in violation of Title 21,

X Fee USD
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

Beginning on a date unknown, but not later than December 2013, and continuing until on or about September 2015, in the Eastern District of Louisiana and elsewhere, the defendant, **JOSE SOLIS**, did knowingly combine, conspire, and agree with other persons known and unknown to the United States Attorney to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

(a) to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is conspiracy to distribute heroin as charged in Count 1 of this Bill of Information, with the intent to promote the carrying on of specified unlawful activity, that is conspiracy to distribute heroin as charged in Count 1 of this Bill of Information, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b) to transport, transmit and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is conspiracy to distribute heroin as charged in Count 1 of this Bill of Information, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 3

On or about September 30, 2014, in the Eastern District of Louisiana and elsewhere, the defendant, **DIANA SOLIS**, used a facility in interstate commerce, that is, a bank wire transfer, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving narcotics or controlled substances, namely a conspiracy to distribute and to possess with the intent to distribute a substance containing a detectable amount heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846; and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, United States Code, Sections 1952(a)(3) and 1952(a)(3)(A).

## NOTICE OF DRUG FORFEITURE

1.      The allegation of Count 1 of this Bill of Information is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offense alleged in Count 1, the defendant, **JOSE SOLIS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Bill of Information.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

3

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF MONEY LAUNDERING FORFEITURE

1.      The allegation of Count 2 of this Bill of Information is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2.      As a result of the offense, alleged in Count 2, the defendant, **JOSE SOLIS,** shall forfeit to the United States all property real or personal, involved in the aforesaid offense and all property traceable to such property which was involved in the said violation of Title 18, United States Code, Sections 1956 and 982.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided
without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to

seek forfeiture of any other property of said defendant up to the value of the above forfeitable

property.

All in violation of Title 18, United States Code, Section 982.

## NOTICE OF INTERSTATE TRANSPORTATION
## IN AID OF A RACKEETING ENTERPRISE FORFEITURE

1.      The allegation of Count 3 of this Bill of Information is realleged and incorporated

by reference as though set forth fully herein for the purpose of alleging forfeiture to the United

States of America pursuant to the provisions of Title 18, United States Code, Sections 1952 and

981(a)(1)(D), made applicable through Title 28, United States Code, Section 2461(c).

2.      As a result of the offense alleged in Count 3, the defendant, **DIANA SOLIS**, shall

forfeit to the United States pursuant to Title 18, United States Code, Sections 1952 and

981(a)(1)(D), made applicable through Title 28, United States Code, Section 2461(c), any and all

property, real or personal, which constitutes or is derived from proceeds traceable to a violation

of Title 18, United States Code, Section 1952.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the

defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided
without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 1952 and 981(a)(1)(D), made applicable through Title 28, United States Code, Section 2461(c).

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


MATTHEW R. PAYNE
Assistant United States Attorney
Louisiana Bar Roll No. 32631

New Orleans, Louisiana
December 6, 2016

No. _____

# United States District Court

### FOR THE

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA

*vs.*

JOSE SOLIS
DIANA SOLIS

BILL OF INFORMATION FOR VIOLATION OF THE FEDERAL
CONTROLLED SUBSTANCES ACT, CONSPIRACY TO
LAUNDER MONETARY INSTRUMENTS, AND INTERSTATE
TRAVEL IN AID OF RACKETEERING

Violation(s): Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846, and
Title 18 U.S.C. §§ 1952(a)(3), 1952(a)(3)(A), 1956
and 1956(a)(1)(A)(i)

*Filed* _____, 20 16

_____, *Clerk.*

*By* _____, *Deputy*

Matthew R. Payne

*Assistant United States Attorney*