RAMIREZ

# U.S. District Court
## Northern District of Texas (Dallas)
### CRIMINAL DOCKET FOR CASE #: 3:17-cr-00147-B-1

2017 MAR 24 A 10: 26

Case title: USA v. Solis
Other court case number: 2:16-cr-209-JTM-DEK Eastern District of Louisiana (New Orleans)

Date Filed: 03/20/2017

Assigned to: Judge Jane J. Boyle

**Defendant (1)**

**Jose Solis**                       represented by    **Martin Edward Regan , Jr**
Regan Law PLC
2125 St. Charles Avenue
New Orleans, LA 70130
504-522-7260
Fax: 504-522-7507
Email: mregan@reganlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Not Admitted*

**David L Arena**
David L. Arena, Attorney at Law
9625 Charlotte Drive
River Ridge, LA 70123
504-621-8573
*Designation: Retained*

**Pending Counts**                                    **Disposition**

21:846 CONSPIRACY TO
DISTRIBUTE AND TO POSSESS
WITH THE INTENT TO DISTRIBUTE
A MIXTURE OR SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF HEROIN, A
SCHEDULE I DRUG CONTROLLED
SUBSTANCE.
(1)

Certified a true copy of an instrument
on file in my office on 3/20/2017
Clerk, U.S. District Court,
Northern District of Texas
By R. Negron Deputy

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____